UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK D.[2], <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:19-CV-04426-DOC-JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED AND THIS MATTER IS REMANDED for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: May 29, 2020

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's name is partially redacted to protect his privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.